Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA IVONE HERNANDEZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA RECOVERY BUREAU INC., <br><br> Defendant | Case No. 8:16-cv-01845-DOC-KES <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: May 4, 2017        **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/Todd M. Friedman_____
Todd M. Friedman, Esq.
Attorney for Plaintiff

Filed electronically on this 4th Day of May, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable David O. Carter
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 4th Day of May, 2017.

<u>/s/Todd M. Friedman</u>
Todd M. Friedman

Filed electronically on this 24th day of October, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Otis D. Wright, II
United States District Court
Central District of California

And mailed via USPS to:

Wade Isbell
Professional Credit Service
PO Box 7637
Springfield, OR 97475

This 24th day of October, 2016.

s/Todd M. Friedman
Todd M. Friedman