# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA IVONE HERNANDEZ individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CALIFORNIA RECOVERY BUREAU, INC.; DOES 1-100, and each of them,<br><br>Defendants. | Case No. 8:16-cv-01845-DOC-(KESx)<br><br>**ORDER RE: DISMISSAL** |

Having considered the parties' joint motion for dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and

{00068929;1}

without prejudice as to the class action claims asserted in the lawsuit.  Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated:  June 30, 2017

*David O. Carter*

Honorable David O. Carter
UNITED STATES DISTRICT JUDGE